TAYLOR ARANA (IL Bar # 6329393)
230 S. Dearborn, Suite 3030
Chicago, IL 60604
Email: tarana@ftc.gov
Phone: (312) 960-5639

*Attorney for Petitioner*
*Federal Trade Commission*
*Appearing Pursuant to Civil L.R. 11-2*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Federal Trade Commission<br><br>Petitioner,<br><br>v.<br><br>Block, Inc.<br><br>Respondent. | Case No.26-80299<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |

Petitioner, the Federal Trade Commission ("FTC" or "Commission"), under the authority conferred by Section 20 of the FTC Act, 15 U.S.C. § 57b-1 and Fed. R. Civ. P. 81(a)(5), has invoked the aid of this Court for an order requiring Respondent, Block, Inc. ("Respondent") to comply with a civil investigative demand ("CID"), issued to it on January 22, 2026, in aid of an FTC law enforcement investigation.

The Court has considered the FTC's Petition to Enforce Civil Investigative Demand and the papers filed in support thereof; and it appears to the Court that Petitioner has shown good cause for the entry of this Order.

It is, therefore, ORDERED that, within _____ days after entry of this Order, by ____________________, 2026, Respondent shall:

(1) Produce forthwith to the Commission: (a) a complete response to Interrogatory 46 set forth in the Commission's January 22, 2026, CID; (b) all non-privileged documents responsive to Requests for Production 1, 7-9, 17, and 21 set forth in the Commission's January 22, 2026, CID; (c) a signed certification of compliance in the form attached to the Commission's January 22, 2026, CID to certify that Block's responses to the CID are complete; and (d) a signed and dated verification under penalty of perjury that each interrogatory response is true and correct as required by the Commission's January 22, 2026, CID;

***OR***

(2) By that date, file with the Court and serve (by hand or electronically via email) on counsel for the Commission its response to the Commission's Petition. As Respondent did not file a petition to limit or quash the January 22, 2026, CID, any response to the Commission must demonstrate good cause for the failure to raise such objections previously. Absent such good cause shown, no objections that could have been, but were not, raised in an administrative petition to quash shall be considered. Any reply by the Commission to an opposition filed by Respondent shall be filed with the Court and served (by hand or electronically via email) on counsel for Respondent. Such reply shall be filed and served no later than ______ days after service of Respondent's opposition.

IT IS FURTHER ORDERED that if Respondent files an opposition, Respondent and counsel for the FTC shall appear at __ __ a.m./p.m. on the ____ day of ____________, 2026, in Courtroom No. ____ of the United States Courthouse for the Northern District of California, in ____________, California, and Respondent shall show cause, if any there be, why this Court should not enter an order, subject to the penalty of contempt, directing Respondent to comply with the Commission's January 22, 2026, CID. Unless the Court determines otherwise, notwithstanding

the filing or pending of any procedural or other motions, all issues raised by the Petition and supporting papers, and any opposition to the petition will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing; and

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 81(a)(5) and 26(a)(l)(B)(v), this is a summary proceeding and no party shall be entitled to discovery without further order of the Court upon a specific showing of need; and that the dates for a hearing and the filing of papers established by this Order shall not be altered without prior order of the Court upon good cause shown; and

IT IS FURTHER ORDERED that a copy of this Order and copies of said Petition and exhibits filed therewith shall be served forthwith by Petitioner upon Respondent and/or its counsel, using as expeditious means as practicable.

IT IS SO ORDERED this __ day of ____________________, 2026.

______________________
United States District Judge