## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, I caused a true and correct copy of the attached document to be served by e-mail on counsel for Respondent Block, Inc., as follows:

Ryan T. Bergsieker
Gibson, Dunn & Crutcher, LLP
1900 Lawrence St., Suite 3000
Denver, CO 80202-2211
RBergsieker@gibsondunn.com

/s/ Taylor H. Arana

TAYLOR H. ARANA (IL Bar # 6329393)
230 S. Dearborn, Suite 3030
Chicago, IL 60604
Email: tarana@ftc.gov
Phone: (312) 960-5639

*Attorney for Petitioner*
*Federal Trade Commission*